UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CAROLYN F. ALLEN,

                Plaintiff,                             **ORDER**
                                                           **09 CV 3741 (JBW)(LB)**

      -against-

THE NEW YORK CITY HOUSING
AUTHORITY,

                Defendant.

-------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      Defendant has filed a motion to dismiss this action pursuant to Fed. R. Civ. P. 12(c) before Judge Weinstein. Document 12. Accordingly, the initial pretrial conference previously scheduled for March 11, 2010 before me is **hereby cancelled**.

SO ORDERED.

                                                    /Signed by Judge Lois Bloom/
                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: February 23, 2010
       Brooklyn, New York